Barbara M. Donovan, Esq.
DONOVAN & DONOVAN
California State Bar No. 182442
The Senator Building
105 West F Street, Fourth Floor
San Diego, California 92101
Telephone: (619) 696-8989
Attorney for Defendant Gobea-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO LOPEZ-MARTINEZ,<br>Defendant. | Case No. 08-CR 15555-BEN<br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br>**1) COMPEL DISCOVERY;**<br>**2) LEAVE TO FILE FURTHER MOTIONS**<br>Date: June 30, 2008<br>Time: 2:00 P.M. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
CHRISTINA MC CALL, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on Monday, June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant Alberto lopez-Martinez [true name Carlos-gobea-Lopez], by and through her attorney Barbara M. Donovan, will ask this Court to issue an order granting the motions listed below.

**MOTIONS**

The defendant, Carlos Alberto Gobea-Lopez, by and through her attorney, Casey Donovan, asks this Court pursuant to the Fourth, Fifth, and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12, 16, 26.2, and all other applicable statutes and local rules for an order to:

1. Compel discovery;
2. Leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: June 16, 2008 Respectfully submitted,

S/ Barbara M. Donovan
BARBARA M. DONOVAN
Attorney for Defendant
CARLOS ALBERTO GOBEA-LOPEZ

gobea-lopez-1324