UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>Esmerelda Piccazo<br>Defendant(s) | CRIMINAL NO. 08CR1555<br>08MJ1391<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge, NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Marco Antonio Viera-Portugal
Arrgn. 5-15-08

DATED: 6-16-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by G. Perrault
Deputy Clerk

G. PERRAULT

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082