MICHAEL L. CROWLEY (117008)
Attorney at Law
550 West "C" Street, Suite 1960
San Diego, CA 92101
(619) 444-8808

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ESMERELDA PICAZO (1), et al.,<br>Defendant. | Case Nos.: 08mj1391/08CR1555-BEN<br><br>DECLARATION OF MICHAEL L. CROWLEY IN SUPPORT OF MOTION FOR SUPPRESSION OF STATEMENT<br><br>DATE: August 6, 2008<br>TIME: 9:30 p.m.<br>PLACE: Courtroom of the Honorable Roger T. Benitez |

I, MICHAEL L. CROWLEY declare:

1. I am duly licensed as an attorney in the State of California, the United States District Court and am a Certified Criminal Law Specialist from the Board of Legal Specialization of the State Bar of California. I am counsel for ESMERELDA PICAZO in the above-entitled action. I have personal knowledge of the following facts and am competent to testify as to the truth of these facts if called as a witness.

2. I have reviewed the discovery, specifically reports by agent James Trombley and Jeffrey J. Dinise. I have also reviewed the video of the statements taken by the agents.

3. My observations from the tape recording are that the following:

- during the initial statement Ms. Picazo stated she didn’t want to answer

any more questions. The agent responded that he had a couple more questions for her and stated we can work together to see how this shakes out;

- Ms. Picazo then stated she wanted an attorney and the interview ended.
- more than 12 hours later, Ms. Picazo was again questioned;
- she was crying uncontrollably and the agent tells her she would have to calm down;
- she is not re-Mirandized before giving an additional statement;

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in San Diego County, California on August 4, 2008.

DATE: July 31, 2008

/s/ Michael L. Crowley
Michael L. Crowley, Esq.
Attorney for Defendant
ESMERELDA PICAZO

M:\WP\CRIM\FEDERAL\Picazo, Esmerelda - MLC dec.wpd